# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>VENETIA A. TORRES,<br><br>                    Defendant. | 8:23CR184<br><br>**AMENDED ORDER** |

      This matter comes before the Court on the government's Motion to Extend (Filing No. 39). After review of the motion, the Court finds good cause to grant the requested extensions. Accordingly,

      **IT IS ORDERED** that the Motion to Extend (Filing No. 39) is granted and the Order (Filing No. 37) is amended as follows:

1. On or before **November 27, 2023**, the government shall file its brief in opposition to the defendant's motion. See NECrimR 12.3(c).

2. On or before **December 4, 2023**, the parties shall meet and confer to resolve any issues not requiring an evidentiary hearing, agree upon any factual stipulations to be presented to the court, and discuss proposed exhibits and witnesses.

3. On or before **December 11, 2023**, the parties shall deliver to the undersigned's chambers via email to nelson@ned.uscourts.gov or hand delivery their proposed witness list(s), exhibit list(s), and copies of all exhibits.

4. The telephone status conference set for December 6, 2023, is cancelled. A telephone status conference to discuss prehearing matters and the scheduling of an evidentiary hearing will be held before the undersigned magistrate judge on **December 19, 2023, at 11:00 a.m.** Counsel shall use the case conference instructions at Filing No. 38 to participate in the call.

Dated this 31st day of October, 2023.

                                                  BY THE COURT:

                                                  s/Michael D. Nelson
                                                  United States Magistrate Judge