IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:23CR184 |
| v. | |
| VENETIA A. TORRES, and AARON TORRES, | ORDER |
| Defendants. | |

This matter is before the Court on defendant Aaron Torres' Unopposed Motion to Continue Trial (Filing No. 82). Counsel for Defendant Torres has a previously-scheduled medical procedure set for May 29, 2024. Counsel will also need additional time to review recently received supplemental discovery. Counsel for the government and co-defendant Venetia A. Torres have no objection to the continuance. For good cause shown,

IT IS ORDERED that the Unopposed Motion to Continue Trial (Filing No. 82) is granted as follows:

1. The jury trial, **for both defendants**, now set for May 28, 2024, is continued to **July 29, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 29, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking

into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

Dated this 29thj day of April 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge