IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>v.<br><br>VENETIA A. TORRES and AARON TORRES,<br><br>      Defendants. | 8:23CR184<br><br><br><br>**ORDER** |

  This matter is before the Court on defendant Venitia Torres' Unopposed Motion to Continue Trial (Filing No. 86). Counsel needs additional time to negotiate a resolution short of trial. Counsel for the government and co-defendant Aaron Torres have no objection to the continuance. For good cause shown,

  IT IS ORDERED that the Unopposed Motion to Continue Trial (Filing No. 86) is granted as follows:

1.  The jury trial, **for both defendants**, now set for September 3, 2024, is continued to **October 7, 2024.**

2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and October 7, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3.  No further continuances will be granted barring exceptional circumstances.

Dated this 26th day of August 2024.

                       BY THE COURT:

                       Robert F. Rossiter, Jr.
                       Chief United States District Judge